July 13, 15

TO THE HONORABLE CHIEF JUSTICE

RE: IN re: robert troy mcclure, Texas inmate
who is innocent.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

Your honor,

madam please, do not disregard me here and
give me a moment of your time to read this letter.

For ten years I have stood by my innocence. I have
never tried to shy away my responsibility in this matter
either. But I did not commit robbery.

For many years madam, the district court has been
using their position to slander me to this court and
to deny all access to the reporters record. All out
of retaliation. Before my trial and after a series
of constitutional violations by both the jail and
District Judge. I contacted the Texas rangers and
they investigated both.

For years madam this court has said that it is my
responsibility to provide a record that would support
my claims. I then for years sought someone to
believe in me just enough to spend $85.00 it cost
to purchase a copy of my reporters record.

1.

IN 2013 I finally obtained a copy and after review of the record. I learned that I could prove everything I have been saying for so long. That I am in prison under a wrongful conviction.

I re-draft my habeas and it came out to (33) independent claims. I gave You a memorandum of law citing federal U.S. Supreme court authorities that allow me to file a second petition. I give the record to you and cite the locations that prove, tried on allegations not listed in the indictment, prosecutor misconduct, using perjured testimony, not correcting it when it became clear the complainant just committed perjury, destroy evidence, with held evidence, Told the Jury they can consider my PAST misdemeanors misdemeanors to convict me. On and on, ineffective assistance of counsel.

I also filed a motion en banc hearing addressing that under the texas constitution the district court Judge is disqualified because he has a personal intrest in the subject matter with in the petition. Yet, You did not rule upon it.

Why ma'am, why? I dont understand all this.

I finally give you all that you would need to conduct an independent review, to see if the trial courts findings are supported by the record. And they are <u>not</u>. All of it is wrong ma'am. I have proven my innocence yet this court doesn't want to review my habeas. Please your honor, why?

I am sorry, but don't you remember that you almost killed an innocent man named Graves? Twice he was set to be executed yet he was found to be innocent. Doesn't that at all convince you that there are innocent man in prison? All I am asking is for <u>one hour</u> to review my habeas, memorandum of law and record. even could ask a law clerk to review it.

One hour ma'am is it would all take for you to realize I am innocent and have had

a miscarriage of Justice.

3

If I'm lying then prosecute me. place sanctions on me. But it is not fair to keep ignoring my plea's for help. I have given you every thing. I've taught my self law it's all put together very well. please if you have any decency any sense of fair play. I beseech you to just look over my habeas just one hour. I am also in the process of filing my 14th petition for mandamus relief.

please, I know you have a tough job, and alot of people claim to be innocent but are not, I know you dont want to waste your time, I can't convince you to listen to me, But only can tell you the truth. The habeas on file along with my reporters record, memorandum of law shows proves my claims. One hour madam thats all.

Thank you

Robert troy mcclure
1420451
Cause no. CR-2005-234-6



-STOP- -STOP- -STOP-

Please, do not deprive me access to the Chief Justice.

Under Texas gov't code §§ 492.013 (a); 495.025, 499.102(a)(12), Lewis v Casey, 518 us 343, 116 SCT 2174 (1996)

entitle me access to public officials.

Thank you.